ACCEPTED
05-14-00588-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/30/2015 1:11:08 PM
LISA MATZ
CLERK

NO. 05-14-00588-CV

IN THE COURT OF APPEALS
FOR THE FIFTH COURT OF APPEALS
AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/30/2015 1:11:08 PM
LISA MATZ
Clerk

_____

**TRANSCONTINENTAL REALTY INVESTORS, INC.,**
*Appellant*

**v.**

**ORIX CAPITAL MARKETS, LLC, et al.,**
*Appellees.*

_____

Appeal from the 134th District Court, Dallas County, Texas
No. DC-11-15428, The Honorable Dale Tillery, Presiding

_____

**APPELLANT'S FIRST OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S MOTION FOR REHEARING**

TO THE HONORABLE FIFTH COURT OF APPEALS:

COMES NOW, Appellant, Transcontinental Realty Investors, Inc., in the above-styled and numbered cause and files this First Opposed Motion for Extension of Time to File Appellant's Motion for Rehearing, respectfully showing the Court as follows:

I.

This appeal arises out of the proceedings in the 134th District Court, Dallas County, Texas, Cause No. DC-11-15428.

II.

On June 16, 2015, this Court issued its Opinion in this case, affirming the judgment as modified by the Court of Appeals.

III.

The current deadline for the filing of Appellant's Motion for Rehearing in this cause is July 1, 2015.

IV.

Appellant respectfully requests that this Court grant an extension of the time for the filing of Appellant's Motion for Rehearing for a period of thirty (30) days after July 1, 2015, or until **July 31, 2015.**

Counsel for Appellees has informed counsel for Appellant that Appellees are opposed to the relief sought in this Motion for Extension of Time to File Appellant's Motion for Rehearing.

V.

This extension is not sought solely for the purpose of delay, but is sought to enable counsel for Appellant to prepare a well-drawn motion with a clear presentation of the issues and legal authorities involved. No previous extensions have been sought with respect to the filing of Appellant's Motion for Rehearing.

The Opinion of the Court addresses several issues; and appropriate time must be allowed for counsel to examine the Court's Opinion, the record and issues

in the case, in order to prepare a well-drawn Appellant's Motion for Rehearing with a clear presentation of the issues involved.

Further, counsel for Appellant has devoted and must also devote time to the following additional matters, among others:  hearings related to Cause No. DC-14-12331, styled *Shamoun & Norman, LLP v. Schwartz,* in the 101st District Court, Dallas County, Texas; briefing in Case No. 05-15-00435-CV, styled *Transcontinental Realty Investors, Inc. v. Orix Capital Market, LLC,* in the Dallas Court of Appeals; briefing for a Motion for Rehearing in Case No. 05-13-00506-CV, styled *Fitness Evolution, L.P. v. Headhunter Fitness, LLC, et al.,* in the Dallas Court of Appeals; Reply Briefing in the 5th Circuit Court of Appeals in Case No. 15-10053, styled *Innova Hospital San Antonio, LP v. CareFirst of Maryland, Inc.;* as well preparation for and conduct of hearings in other litigation matters at the trial court level, including Cause No. 3:14-cv-03565-BN, styled *Wells Fargo Bank NA v. Transcontinental Realty Investors, Inc.,* in the Northern District of Texas; Cause No. DC-14-05830, styled *The Silvera Firm v. Shamoun & Klatsky, PC,* in the 192nd District Court, Dallas County, Texas; Cause No. 90451, styled *JAS Holdings, LP v. Meyers,* in the 40th District Court, Ellis County, Texas; and Cause No. 199-01764-2015, styled *CTMGT Frisco 113 v. Oncor Electrict Delivery Co., LLC,* in the 199th District Court, Collin County, Texas.

No previous extensions have been sought with respect to the filing of Appellant's Motion for Rehearing.

## VI.

Pursuant to the Texas Rules of Appellate Procedure, Appellant respectfully requests an extension of time for the filing of Appellant's Motion for Rehearing up to and including **July 31, 2015**.

WHEREFORE, PREMISES CONSIDERED, Appellant, Transcontinental Realty Investors, Inc. respectfully prays that the Court grant Appellant an extension of time to file Appellant's Motion for Rehearing.

Respectfully submitted,

**SHAMOUN & NORMAN, L.L.P.**

By:_/S/ Jonathan J. Cunningham_____
   **Jonathan J. Cunningham**
   State Bar No. 00793574
   jjc@snlegal.com
   **C. Gregory Shamoun**
   State Bar No. 18089650
   g@snlegal.com

1755 Wittington Place, Suite 200, LB 25
Dallas, Texas 75234
(214) 987-1745 (Telephone)
(214) 521-9033 (Telecopier)

**ATTORNEYS FOR APPELLANT**
**Transcontinental Realty Investors, Inc.**

## Certificate of Conference

I certify that the undersigned counsel has conferenced in good faith with Counsel for Appellees on the 26th day of June, 2015 and that Counsel for Appellees is opposed to the relief sought in the above-styled First Unopposed Motion for Extension of Time to File Appellant's Motion for Rehearing.

　/S/ Jonathan J. Cunningham　　
Jonathan J. Cunningham
jjc@snlegal.com

## Certificate of Service

I certify that a copy of this document was served via the methods referenced on this 30th day of June, 2015, upon counsel all known counsel of record shown below:

**VIA CMRRR/E-Filing Service/and E-Mail**
Talmage Boston, Esq.
tboston@winstead.com
Elisabeth Wilson, Esq.
ewilson@winstead.com
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  214/745-5400
Facsimile: 214/745-5390


Nicola Hobeiche, Esq.
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, Texas 75201
Telephone: 214/237-2000
Facsimile:  214/237-2018
Nicola.hobeiche@orix.com

**Attorneys for ORIX Capital Markets, LLC and
Wells Fargo Bank Minnesota, N.A.**


    _/S/ Jonathan J. Cunningham_____
JONATHAN J. CUNNINGHAM
State Bar No. 00793574
jjc@snlegal.com